*In re* ROBERTO JOSÉ MALDONADO RIVERA.

*Número:* TS-2923          *Resuelto:* 6 de abril de 2001

*Belén M. Guerrero Calderón,* Presidenta de la Comisión de Reputación para el Ejercicio de la Abogacía; *Gustavo A. Gelpí, Procurador General,* y *Edna Evelyn Rodríguez, Procuradora General Auxiliar; Luis F. Camacho,* abogado del peticionario.

## RESOLUCIÓN

Visto el Informe de la Comisión de Reputación presentado el 5 de marzo de 2001, se autoriza la reinstalación a la abogacía de Roberto José Maldonado Rivera.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rebollo López, la Jueza Asociada Señora Naveira de Rodón y el Juez Asociado Señor Corrada Del Río no intervinieron.

*(Fdo.)* Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*